**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CHARLES W. CUNNINGHAM, JR.,** : | |
| **# 193686,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 10-0114-CG-M** |
| **GRANTT CULLIVER, et al.,** : | |
| Defendants. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, a Preliminary Injunction (Doc. 58) be and is hereby **DENIED**.

**DONE and ORDERED** this 9th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE