# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHARLES W. CUNNINGHAM, JR. :
(AIS #193686)
:
    **Plaintiff,**
:
vs.                                                   CIVIL ACTION 10-00114-CG-M
:
GRANTT CULLIVER, et al.,
:
    **Defendants.**

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court, as follows:

    1)    The motions for summary judgment of Defendants Culliver, Bishop, Watson, Sizemore, Broadhead, Burroughs, Portis, and Nurse Sara Carroll are **GRANTED** as to all claims asserted against them by Plaintiff in the Complaint;

    2)    The motions for summary judgment of Defendants Jenkins, Ashworth, McCrory, Stanton, Brazile, Branch, Brandon Carroll, and Corbitt are **DENIED** as to Plaintiff's Eighth Amendment excessive force claim based on the use of the stun shield during the cell extraction;

    3)    The motions for summary judgment of Defendants Jenkins, Ashworth, McCrory, Stanton, Brazile, Branch, Brandon Carroll, and Corbitt are **DENIED** as

to Plaintiff's state law assault and battery claims arising out of Defendants' use of physical force and the use of the stun shield during the cell extraction; and

4) With the exception of the claims specified in paragraphs 2 and 3 above, the motions for summary judgment of Defendants Jenkins, Ashworth, McCrory, Stanton, Brazile, Branch, Brandon Carroll, and Corbitt are **GRANTED** as to all remaining claims asserted against them by Plaintiff in the Complaint.

**DONE and ORDERED** this 6th day of December, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE