IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES W. CUNNINGHAM, JR.,** **AID 193686,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) **CIVIL ACTION 10-00114-CG-C** |
| **GRANTT CULLIVER**, *et al*., | ) ) ) |
| Defendants. | ) |

**ORDER**

This cause is before the Court on Pro Bono Counsel's Motion for Reimbursement From the Special Attorney Admission Fund For Costs Incurred (Doc. 318).

By Order dated April 11, 2012 (Doc. 252), Judge Granade granted Plaintiff's Motion to Appoint Counsel (Docs. 235 & 249), and appointed attorneys Luckett Robinson and Katie Hassell of the Hand Arendall Law Firm to represent Plaintiff. Judge Granade's order (Doc. 252) provided that the Court would reimburse these attorneys for reasonable costs and expenses using funds from the Special Attorney Admission Fund.

Work in this action is now complete and the attorneys have submitted a motion for payment of expenses and costs together with supporting documentation. The motion and the supporting documentation have been reviewed by Judge Granade and the undersigned, and based on that review, it is the opinion of this Court that the costs and expenses requested are reasonable.

Accordingly, counsel's Motion for Reimbursement (Doc. 318) is GRANTED. The Clerk of Court is hereby authorized to reimburse the law firm of Hand Arendall using funds from the Special Attorney Admissions Fund in the amount of $3,510.51 for costs and expenses.

**DONE** and **ORDERED** this the 20th day of September, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE